IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MYKAL COOPER,

      Appellant,

 v.

                                  Case No.  5D22-1289
                                  LT Case No. 2020-CF-005143-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 14, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Joshua Mosley, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.